UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ARA LEFRANCOIS,<br><br>             Plaintiff,<br><br>      v.<br><br>KILLINGTON/PICO SKI RESORT PARTNERS, LLC,<br><br>             Defendant. | CIVIL ACTION NO.: 2:19-cv-72 |

## STIPULATED MOTION TO EXTEND DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS TO ADMIT PENDING RESOLUTION OF MOTION TO DISMISS

      Defendant Killington/Pico Ski Resort Partners LLC (KPSRP) moves for an order granting an extension by when it must respond to Plaintiff's Requests To Admit until fifteen (15) days following final resolution of KPSRP's motion to dismiss. (ECF No. 5.) Plaintiff served Requests to Admit upon KPSRP at the same time the Summons and Complaint were served. Responses to these Requests will be due before the briefing schedule on KPSRP's motion to dismiss is closed.

      The undersigned represents that he conferred with counsel for Plaintiff and on May 31 obtained counsel's consent to the relief requested in this motion.

      Therefore KPSRP requests this Court issue an order extending the deadline by when it must respond to Plaintiff's Requests To Admit that she served with her Complaint until fifteen (15) days following resolution of KPSRP's motion to dismiss.

DATED: June 3, 2019

        KILLINGTON/PICO SKI RESORT PARTNERS LLC

By: */s/ Andrew H. Maass*
Andrew H. Maass, Esq.
RYAN SMITH & CARBINE, LTD.
98 Merchants Row
P.O. Box 310
Rutland, Vermont 05702-0310
(802) 786-1000
ahm@rsclaw.com